James F. BREEDING, Appellant, v. STATE of Texas, Appellee.

No. 22008.

Court of Criminal Appeals of Texas.

Jan. 21, 1942.

No attorney for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Forgery is the offense; the punishment, three years in the state penitentiary.

Appellant has filed his affidavit advising this court that he does not further desire to prosecute his appeal, and prays that the appeal be dismissed.

The appeal is dismissed at the request of appellant.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

Cleo F. BOMAR, Appellant v. STATE of Texas, Appellee.

No. 22024.

Court of Criminal Appeals of Texas.

Jan. 28, 1942.

Pichinson & Alsup, of Corpus Christi, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for assault with intent to commit robbery, punishment being two years in the penitentiary.

Appellant has filed his personal affidavit advising this court that he does not desire to further prosecute his appeal.

At appellant's request the appeal is dismissed.